UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | | CASE NO. 3:07-CV-125 |
| | : | |
| v. | | Judge Thomas M. Rose |
| | : | |
| UNITED STATES CURRENCY $2,936.00, | : | |
| Defendant. | : | |

**DECREE OF FORFEITURE**
**AGAINST DEFENDANT $2,936.00**

Upon the United States' Motion for Judgment on the Pleadings and Decree of Forfeiture against Defendant $2,936.00 filed on August 20, 2007 (Doc. #11), and;

It appearing to the Court from the pleadings that the United States is entitled to Judgment on the Pleadings and a Decree of Forfeiture against Defendant $2,936.00;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that: (1) the Defendant $2,936.00 is hereby forfeited to the United States in accordance with 21 U.S.C. §881(a)(6); (2) the United States shall dispose of the Defendant in accordance with law; and (3) this case is terminated on the record.

Dated: 8/21/2007                              s/THOMAS M. ROSE

                                                                                                                   _____
                                                                                                                    THOMAS M. ROSE
                                                                                                                    U.S. DISTRICT COURT JUDGE